CKD. USAO 2019R00068

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO.** TDC 19 cr 88 |
| | * | |
| **AMBROSE AUGUSTUS DOYE and** | * | (Conspiracy to Interfere with |
| **AKEEM BOLTON,** | * | Interstate Commerce by Robbery, |
| | * | 18 U.S.C. § 1951(a); Interference |
| **Defendants** | * | with Interstate Commerce by |
| | * | Robbery, 18 U.S.C. § 1951(a); Aiding |
| | * | and Abetting, 18 U.S.C. § 2; Use, |
| | * | Carry, and Brandish Firearms |
| | * | During and in Relation to a Crime |
| | * | of Violence, 18 U.S.C. § 924(c); |
| | * | Forfeiture, 18 U.S.C. §§ 981(a)(1)(C) |
| | * | and 924(d)(1), 21 U.S.C. § 853(p), |
| | * | 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
#### (Conspiracy to Interfere with Interstate Commerce by Robbery)

The Grand Jury for the District of Maryland charges that:

At all times material to this Indictment:

#### Introduction

1.      Barbershop 1, located in Capitol Heights, Maryland, engaged in interstate commerce by, among other things, providing services to customers using hair clippers that were manufactured outside the State of Maryland and thus had travelled in interstate commerce prior to their use in Maryland.

### The Conspiracy

2.      On or about November 26, 2018, in the District of Maryland and elsewhere, the

defendants,

### AMBROSE AUGUSTUS DOYE and
### AKEEM BOLTON,

did knowingly and willfully combine, conspire, confederate, and agree with each other to

obstruct, delay, and affect commerce and the movement of an article and commodity in

commerce by robbery, as that term is defined in 18 U.S.C. § 1951(b)(1), by the unlawful taking

of money and property, from the person and in the presence of employees of Barbershop 1,

against their will, by means of actual and threatened force, violence, and fear of injury,

immediate and future, to said employees.

### Manner and Means of the Conspiracy

3.      Among the manner and means used by the defendants **AMBROSE AUGUSTAS**

**DOYE ("DOYE")** and **AKEEM TRAVON BOLTON ("BOLTON")** to achieve the objects of

the conspiracy were the following:

        a.      It was part of the conspiracy that **DOYE** and **BOLTON** planned and

organized the robbery of the Barbershop 1 through the use of firearms, force, and violence.

        b.      It was further part of the conspiracy that **DOYE** and **BOLTON** armed

themselves with firearms for use during the robbery of Barbershop 1.

        c.      It was further part of the conspiracy that **DOYE** and **BOLTON** used,

carried, and brandished firearms against the employees of Barbershop 1, in order to commit the

robbery and facilitate their escape.

2

      d.      It was further part of the conspiracy that **DOYE** and **BOLTON** enriched themselves and shared the proceeds from the robbery of Barbershop 1.

**Overt Acts**

      4.      During the course of and in furtherance of the conspiracy, and to effect the illegal objects thereof, **DOYE** and **BOLTON** committed and caused to be committed the following acts, among others, in the District of Maryland and elsewhere:

      a.      On or about November 26, 2018, **DOYE** and **BOLTON** armed themselves with firearms to use during their armed robbery.

      b.      On or about November 26, 2018, **DOYE** and **BOLTON** entered Barbershop 1, brandished firearms at the employees of Barbershop 1, and demanded money and property from the employees.

      c.      On or about November 26, 2018, **DOYE** and **BOLTON** stole United States currency and other property.

      d.      On or about November 26, 2018, **DOYE** and **BOLTON** fled the scene of the robbery in a black Mercedes.

18 U.S.C. § 1951(a)

<u>COUNT TWO</u>
**(Interference with Interstate Commerce by Robbery)**

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1, 3, and 4 of Count One are incorporated herein.

2. On or about November 26, 2018, in the District of Maryland, the defendants,

**AMBROSE AUGUSTUS DOYE and
AKEEM BOLTON,**

did knowingly and unlawfully obstruct, delay, and affect, and attempt to obstruct, delay and

affect, commerce by robbery, as those terms are defined in 18 U.S.C. § 1951, in that the

defendants did unlawfully take and obtain property, including United States currency and

property, from the person and in the presence of employees of Barbershop 1, against their will,

by means of actual and threatened force, violence and fear of injury, immediate and future, to

said employees.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

4

## COUNT THREE
**(Use, Carry, and Brandish Firearms During and in Relation to a Crime of Violence)**

The Grand Jury for the District of Maryland further charges that:

On or about November 26, 2018, in the District of Maryland, the defendants,

### AMBROSE AUGUSTUS DOYE and
### AKEEM BOLTON,

did knowingly, intentionally, and unlawfully use, carry, and brandish firearms, specifically: (1) a

Smith & Wesson, Model SW40VE, .40 caliber semi-automatic pistol, bearing serial number

DTL12561; and (2) an HS Products, Model XDM-9, 9mm semi-automatic pistol, bearing serial

number MG805435, during and in relation to a crime of violence for which they may be

prosecuted in a court of the United States, that is, interference with interstate commerce by

robbery, in violation of 18 U.S.C. § 1951(a), as set forth in Count Two of this Indictment and

incorporated herein.


18 U.S.C. § 924(c)

### FORFEITURE ALLEGATIONS

The Grand Jury for the District of Maryland further finds that:

1.       Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendants that the
United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C.
§§ 981(a)(1)(C) and 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the
defendants' convictions on Counts One through Three of this Indictment.

### Robbery Forfeiture

2.       As a result of the offenses set forth in Counts One and Two of this Indictment, the
defendants,

### AMBROSE AUGUSTUS DOYE and
### AKEEM BOLTON,

shall forfeit to the United States all property, real or personal, constituting, or derived from,
proceeds obtained, directly or indirectly, as a result of such violations.

### Firearms Forfeiture

3.       As a result of the offense set forth in Count Three of this Indictment, the
defendants,

### AMBROSE AUGUSTUS DOYE and
### AKEEM TRAVON BOLTON,

shall forfeit to the United States the firearms involved in the offense, specifically, a Smith &
Wesson, Model SW40VE, .40 caliber semi-automatic pistol, bearing serial number DTL12561;
and an HS Products, Model XDM-9, 9mm semi-automatic pistol, bearing serial number
MG805435.

**Substitute Assets**

4.     If, as a result of any act or omission of the defendants, any of the property

described in this Indictment as subject to forfeiture:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third person;

      c.     has been placed beyond the jurisdiction of the Court;

      d.     has been substantially diminished in value; or,

      e.     has been commingled with other property which cannot be subdivided

            without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21 United States Code, Section 853(p).

18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**          Date:  Feb 25, 2019
_____
Foreperson

7